### 17309.   PARRISH v. THE STATE.

DECIDED JUNE 15, 1926.

Violating liquor law; from city court of Metter—Judge Lanier. March 20, 1926.

*C. W. Turner,* for plaintiff in error.

*L. C. Anderson, solicitor,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.

---

### 17310.   PARRISH v. THE STATE.

LUKE, J.   The defendant's conviction of possessing intoxicating liquor was amply authorized by the evidence.   No error of law appears to have been

committed on the trial, and defendant's motion for a new trial, which was based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 15, 1926.

Possessing intoxicating liquor; from city court of Metter—Judge Lanier. March 20, 1926.

*C. W. Turner,* for plaintiff in error.

*L. C. Anderson, solicitor,* contra.